ORDER:
Motion to file a Reply is Granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **Cindy Raylene Folnsbee,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| v. | ) | CIV. NO. 3:14-00009 |
| | ) | JUDGE NIXON |
| **Carolyn W. Colvin,** | ) | MAGISTRATE JUDGE KNOWLES |
| **Commissioner of** | ) | |
| **Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO REPLY TO DEFENDANT'S RESPONSE

Comes now Plaintiff Cindy Raylene Folnsbee, by and through counsel, and respectfully moves this Court for Plaintiff's Motion for leave to reply to Defendant's Response. Plaintiff has contemporaneously filed a Reply Brief in Support of Motion for Judgment on the Administrative Record.

Wherefore, Plaintiff respectfully requests that this Court enter an Order REVERSING the final decision of the Commissioner and AWARDING Plaintiff the benefits to which she is entitled. Alternatively, Plaintiff requests that this Court REMAND this matter to the Defendant Commissioner for further consideration by a new Administrative Law Judge. Finally, Plaintiff requests that this Court grant her any and all other relief to which she may be entitled.

Respectfully Submitted,

1